# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131493

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CEDRIC ROWE,
      Defendant-Appellant.

SC: 131493
COA: 266596
Wayne CC: 00-011920-01

_____/

      On order of the Court, the application for leave to appeal the June 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

d1023